# M<small>C</small>C<small>ARTHY</small> W<small>EISBERG</small> C<small>UMMINGS</small>
### A P<small>ROFESSIONAL</small> C<small>ORPORATION</small>
#### ATTORNEYS AT LAW

J<small>AMES</small> J. M<small>C</small>C<small>ARTHY</small>, J<small>R</small>.*         **2041** H<small>ERR</small> S<small>TREET</small>        O<small>F</small> C<small>OUNSEL</small>
L<small>ARRY</small> A. W<small>EISBERG</small>                   S<small>UELLEN</small> M. W<small>OLFE</small>†*
D<small>ERREK</small> W. C<small>UMMINGS</small>*ˆ     H<small>ARRISBURG</small>, P<small>ENNSYLVANIA</small> **17103-1624**     J<small>OEL</small> W<small>EISBERG</small>

† LL.M. (T<small>AXATION</small>)                                                                    P<small>HONE</small>: 717.238.5707
*C<small>ERTIFIED</small> P<small>UBLIC</small> A<small>CCOUNTANT</small>                                          F<small>AX</small>:     717.233.8133
ˆM<small>EMBER</small> A<small>RIZONA</small> B<small>AR</small>

May 15, 2015

The Honorable Mitchell S. Goldberg
United States District Judge
U.S. District Court, Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA  19106

      RE:   *Niessen v. Blommer Chocolate Company*
               No.: 2:15-cv-00114-MSG

Dear Judge Goldberg:

    I am writing to advise you that the parties in this matter have reached an agreement in principle to resolve this matter, and that we are in the process of finalizing and executing settlement documents. At this time parties are in agreement that the Court may process this case as settled.

    Should you have any questions, please contact me at (717) 238-5707.

                                         Sincerely,

                                          /s/ Larry A. Weisberg

                                          Larry A. Weisberg
                                          PA Bar ID # 83410

cc.:   Clifford R. Perry III, Esq.
         *Attorney for Defendant*