IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRYSTAL NIESSEN, | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : No. 15-114 |
| BLOMMER CHOCOLATE COMPANY, | : |
| Defendant. | : |

## ORDER

**AND NOW,** this 18th day of May, 2015, it having been reported that the issues between the parties in the above action have been settled and pursuant to Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that the above action is **DISMISSED** pursuant to agreement of counsel without costs.

BY THE COURT:

Mitchell S. Goldberg, J.

# McCarthy Weisberg Cummings
## A Professional Corporation
### Attorneys at Law

JAMES J. McCARTHY, JR.*
LARRY A. WEISBERG
DERREK W. CUMMINGS*^

2041 HERR STREET
HARRISBURG, PENNSYLVANIA 17103-1624

OF COUNSEL
SUELLEN M. WOLFE†*
JOEL WEISBERG

† LL.M. (TAXATION)
*CERTIFIED PUBLIC ACCOUNTANT
^MEMBER ARIZONA BAR

PHONE: 717.238.5707
FAX:   717.233.8133

May 15, 2015

The Honorable Mitchell S. Goldberg
United States District Judge
U.S. District Court, Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA  19106

      RE:   *Niessen v. Blommer Chocolate Company*
              No.: 2:15-cv-00114-MSG

Dear Judge Goldberg:

I am writing to advise you that the parties in this matter have reached an agreement in principle to resolve this matter, and that we are in the process of finalizing and executing settlement documents. At this time parties are in agreement that the Court may process this case as settled.

Should you have any questions, please contact me at (717) 238-5707.

                    Sincerely,

                    /s/ Larry A. Weisberg

                    Larry A. Weisberg
                    PA Bar ID # 83410

cc.:   Clifford R. Perry III, Esq.
        *Attorney for Defendant*